No. 82–135. SEARS, ROEBUCK & CO. *v.* WASHINGTON DEPARTMENT OF REVENUE. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question. ■

No. 82–159. SYRACUSE SAVINGS BANK ET AL. *v.* TOWN OF DEWITT. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. ■

No. 82–5022. FLOWERS *v.* COLORADO. Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.

No. 82–5046. CRUMPACKER *v.* INDIANA SUPREME COURT DISCIPLINARY COMMISSION. Appeal from Sup. Ct. Ind. dismissed for want of substantial federal question. ■

No. 81–2084. IZZARD ET AL. *v.* FLORIDA. Appeal from Dist. Ct. App. Fla., 4th Dist., dismissed for want of jurisdiction. ■

No. 81–2113. COOPER *v.* CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–2213. WAKE COUNTY HOSPITAL SYSTEM, INC., ET AL. *v.* NEWS & OBSERVER PUBLISHING CO. ET AL. Appeal from Ct. App. N. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ■

No. 81–2217. RACER ET VIR *v.* JOHNSON & JOHNSON. Appeal from Ct. App. Mo., Eastern Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.